AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Shea Owen Marsh<br><br>Defendant(s) | )<br>)<br>) Case No.  3:20-mj-00038<br>)<br>)<br>)<br>) |

**FILED**
JUL 28 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 15, 2020__ in the county of __Putnam__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography - knowingly possessed child pornography that had been transported in interstate or foreign commerece by any means, including by computer and knew the items constituted child pornography. |

This criminal complaint is based on these facts:
See Affidavit attached hereto.

☑ Continued on the attached sheet.

_____S/A Brian Morris_____
*Complainant's signature*

SA Brian Morris, Department of Homeland Security
*Printed name and title*

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: 07/28/2020

_____[signature]_____
*Judge's signature*

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*